[No. 69600-9-I.   Division One.   February 3, 2014.]

WANDA BUNCH, *Respondent*, v. NATIONWIDE MUTUAL INSURANCE COMPANY ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-30116-6, Catherine D. Shaffer, J., entered November 5, 2012. *Reversed* and *remanded with instructions* by unpublished opinion per Cox, J., concurred in by Leach, C.J., and Appelwick, J. Now published at 180 Wn. App. 37.

[Nos. 69827-3-I; 69828-1-I.   Division One.   February 3, 2014.]

HUGH K. SISLEY ET AL., *Appellants*, v. THE CITY OF SEATTLE, *Respondent*.

Appeals from a judgment of the Superior Court for King County, No. 10-2-16867-2, Carol A. Schapira, J., entered December 4, 2012. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Cox, JJ.

[Nos. 43138-6-II; 43318-4-II;   Division Two.   February 4, 2014.]
        43335-4-II; 43425-3-II;
        43718-0-II; 43885-2-II.

ALEX VON KLEIST, *Respondent*, v. PAUL J. LUKSHA ET AL., *Appellants*.

Appeals from judgments of the Superior Court for Pierce County, No. 11-2-15464-1, Katherine M. Stolz, J., entered February 28, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Hunt, J., concurred in by Worswick, C.J., and Johanson, J.